PEARSON, MJ.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARVIN LAMPKIN, | ) | |
| | ) | CASE NO. 4:09cv029 |
| Plaintiff, | ) | |
| | ) | JUDGE PETER C. ECONOMUS |
| v. | ) | |
| | ) | MAGISTRATE JUDGE |
| L. DILLON, *et al.*, | ) | BENITA Y. PEARSON |
| | ) | |
| Defendants. | ) | REPORT AND RECOMMENDATION |
| | ) | FOR AGREED ORDER OF DISMISSAL |
| | ) | WITH PREJUDICE |

The undersigned Magistrate Judge reports that the above-referenced parties have reached a settlement in this matter. Accordingly, the undersigned recommends that the matter be dismissed pursuant to Rule 41(a)(2) with prejudice.

IT IS SO ORDERED.

  July 2, 2010                                              *s/ Benita Y. Pearson*
Date                                                       Benita Y. Pearson
                                                           United States Magistrate Judge