# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **MARVIN LAMPKIN,** | ) | **CASE NO. 4:09 CV 029** |
| | ) | |
| **PLAINTIFF** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **L. DILLON,** *et al.***,** | ) | **JUDGMENT** |
| | ) | |
| **DEFENDANTS.** | ) | |

Upon the Report and Recommendation of Magistrate Judge Benita Y. Pearson that the above entitled cause of action has been settled between the parties,

**IT IS ORDERED** that the docket be marked settled, and dismissed, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation. (Dkt. # 58). The parties' Joint Motion to Dismiss is hereby **GRANTED**. (Dkt. # 57).

**IT IS SO ORDERED.**

                                             **/s/ Peter C. Economus - July 6, 2010**
                                             **PETER C. ECONOMUS**
                                             **UNITED STATES DISTRICT JUDGE**